U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN - 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:07 MJ 2034 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| JUAN MANUEL HERNANDEZ-MONTEZ (01)<br>JAMES ALBERTO HERNANDEZ (02) | : | MAGISTRATE JUDGE WILSON |

### MATERIAL WITNESS DETENTION ORDER

This matter came before the court for a hearing pursuant to 18 U.S.C. § 3142 & 3144 in order to determine whether Henry Aguilar-Diaz and Ronaldo De La Cruz-Botco should be detained as material witnesses. A hearing was held in accordance with § 3142 and this court concludes that the named individuals' testimony will be material to these criminal proceedings and that it may be impracticable to secure their presence by subpoena. Further, this court concludes that there is no combination of conditions that will reasonably assure that these individuals will appear to testify if subpoenaed. This conclusion is based primarily on the following factors: (1) all were born and raised in another country; (2) all have significant ties, including family, outside the U.S.; (3) both have recently entered the U.S. illegally; & (4) neither has any significant ties to the U.S.

Accordingly, these individual are committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. They shall be afforded a reasonable opportunity for private consultation with their counsel. On

order of a court of the U.S. or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver these individuals or any of them to the U.S. marshal for the purpose of an appearance in connection with a court proceeding. These witnesses were advised of their right to file a motion pursuant to F.R.Cr.P. 15 seeking to be deposed and released in lieu of detention.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5th day of June, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE