U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN - 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

UNITED STATES OF AMERICA

VS.

CASE NO. 07MJ2034

JUAN MANUEL HERNANDEZ-MONTEZ (01)
JAMES ALBERTO HERNANDEZ (02)
HENRY AGUILAR-DIAZ
RONALDI DE LA CRUZ-BOTEO

JUDGE MINALDI
MAGISTRATE JUDGE WILSON

### ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this mater, it is hereby ORDERED that:

NAME:    HECTOR PONTON

ADDRESS: 242 W Spring Street

Lake Charles, LA 70605

be appointed as interpreter to assist in the trial and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

THUS DONE AND SIGNED at Lake Charles, Louisiana, this 5th day of June, 2007.

_____
ALONZO P. WILSON, U S Magistrate Judge